to affirm the orders appealed from on the ground that the words " public highway in this state " in section 52 of the Vehicle and Traffic Law, are (so far as relevant) defined by section 2, subdivision 2 (" Definitions "), of that law as follows: " ' Public highway ' *shall* include any  *  *  *  *road*  *  *  *."

GRACE FLOYD ROBINSON, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the production and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AMERICAN MINT CORPORATION, Respondent, v. EX-LAX, INC., Appellant.— Order, so far as appealed from, unanimously modified so as to provide that, in addition to the items allowed, the following items shall also be granted: Item 2 (a) except " and describe;" 2 (b), (c), (d) and (e); item 3 (a) and (b); item 6 (e) and (f); item 7 (a) and (b); and item 9 (a) and (b); and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Bill of particulars to be served within thirty days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HENRIETTA HOCHMAN, Respondent, v. MAX HOCHMAN, Appellant.— Order unanimously modified by reducing the allowance for the support of the issue of the parties to the sum of fifteen dollars per week, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JOSEPH L. GOODMAN, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against IRVING V. A. HUIE, Commissioner of Public Works of the City of New York, and MORRIS S. NOVIK, Director of Radio Station WNYC, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BENJAMIN LAXER, Respondent, v. BERGEN & ZAAGER, INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [178 Misc. 391.]

ISMAY CODRINGTON and Another, Respondents, v. AUBRE DE L. MAYNARD, Appellant.— Order unanimously modified by striking out the condition that a note of issue be served, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ISMAY CODRINGTON and Another, Respondents, v. AUBRE DE L. MAYNARD, Appellant.— Order, so far as appealed from, unanimously modified by granting the motion to strike the case from the Trial Term calendar, without prejudice, however, to plaintiff's serving and filing a note of issue after payment of the costs that have been taxed against them, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

VEE BEE SERVICE COMPANY, Appellant, v. HOUSEHOLD FINANCE CORPORATION and THE RUSSELL SAGE FOUNDATION, Respondents, Impleaded with Others, Defendants.— Order unanimously modified by denying the relief requested in " 3," " 3 (a) " and " 3 (b) " of the notice of motion, and by denying so much of item 2 as requests that paragraph 28 of the complaint be stricken out, and as so